THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEOPLES BANK, | CASE NO. C20-0150-JCC |
| Plaintiff, | ORDER |
| v. | |
| F/V ERIN CARROLL, WN Registration No. WN85212SB, *in rem*; SQUID PERMIT #SVT076, *in rem*; and ERIN CARROLL LLC, *in personam*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion for an order authorizing release of the vessel and dismissal of this action (Dkt. No. 30). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS as follows:

1. The U.S. Marshals Service is authorized to promptly release the defendant F/V ERIN CARROLL, WN Registration No. WN85212SB, and its appurtenances, including its skiff (collectively the "Vessel"), and all fishing permits subject to arrest herein (the Vessel and fishing permits being collectively referred to as "Vessel Fishing Assets"), upon confirmation that all of the charges and expenses of the U.S. Marshals Service in respect of the Vessel Fishing Assets

have been paid in full. The Vessel shall be released to an authorized representative of the buyer of the Vessel, Earendil LLC.

2. Upon the release of the F/V ERIN CARROLL, WN Registration No. WN85212SB and its appurtenances by the U.S. Marshals, the Substitute Custodian, Marine Lenders Service LLC, shall be relieved of any further duties in respect of the Vessel and its appurtenances.

3. The parties shall notify the Court within five days of the date the F/V ERIN CARROLL, WN Registration No. WN85212SB and its appurtenances are released by the U.S. Marshals service. Upon receiving notice, the Court will dismiss this action without costs or fees awarded to any party pursuant to the parties' stipulation.

DATED this 18th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE