THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEOPLES BANK, | CASE NO. C20-0150-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| F/V ERIN CARROLL, WN Registration No. WN85212SB, *in rem*; SQUID PERMIT #SVT076, *in rem*; PELAGIC PERMIT #54, *in rem*; and ERIN CARROLL LLC, *in personam*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of dismissal (Dkt. No. 33). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. The parties have stipulated to dismissing all claims, and the stipulation is signed by all parties who have appeared. (*See* Dkt. No. 33.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing. All claims in this action are DISMISSED without costs to any party, with each party to bear its own attorney fees and other litigation

MINUTE ORDER
C20-0150-JCC
PAGE - 1

1 | expenses. The Clerk is DIRECTED to close this case.

2 |     DATED this 26th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
